STATE ex rel. JOHN GREGORY, Respondent, v. M. C. HORTON et al., Appellants.

**St. Louis Court of Appeals, April 28, 1903.**

This case is substantially the same as State ex rel. Scott v. Greer, reported at page 669 of this volume.

Appeal from Butler Circuit Court.—*Hon. Jas. L. Fort,* Judge.

AFFIRMED.

*Phillips & Phillips* for appellant.

*John G. Wear* for respondent.

GOODE, J.—This case in all material respects is like State ex rel. Scott v. Greer (101 Mo. App. 669), and in fact the two were briefed and submitted together.

For the reasons given in the opinion in the latter case the judgment in this one is affirmed. *Bland, P. J.,* and *Reyburn, J.,* concur.